159 A.3d 930

COMMONWEALTH of Pennsylvania, Respondent

v.

Elvin John LAMEY, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Elvin John Lamey, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Elvin John Lamey, Petitioner

No. 460 MAL 2016
No. 461 MAL 2016
No. 462 MAL 2016

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**